UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23566-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DASSAULT FALCON 2000EX,
SERIAL NUMBER 17,
TAIL NUMBER YV3360,

    Defendants *In Rem*.
_____/

## ORDER OF FORFEITURE BY DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon motion of the United States for entry of an Order of Forfeiture by Default Judgment against the above-captioned Defendant in Rem. Being fully advised in the record in this matter and for good cause shown, the Court finds as follows:

    1.    On August 8, 2025, the United States filed a Verified Complaint for Forfeiture *in Rem* ("Verified Complaint"), alleging that the following Defendant *In Rem* ("Defendant Asset"), was subject to forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 50 U.S.C. § 4819(d), 18 U.S.C. § 981(a)(1)(A), and the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and the Federal Rules of Civil Procedure: a Dassault Falcon 2000EX, serial number 17, currently bearing tail number YV3360. Verified Complaint, ECF No. 1.

    2.    The United States published notice of this action on an official internet government site for at least 30 consecutive days between August 20, 2025, and September 18,

2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules. *See* Declaration of Publication, ECF No. 9.

3. In accordance with Rule G(4)(b) of the Supplemental Rules, the Government sent direct notice of the instant civil forfeiture action and a copy of the Verified Complaint to potential claimants to the Defendant Asset. *See* ECF No. 10, Exhibit A (Direct Notice Letters and FedEx Confirmations).

4. None of the known potential claimants are minors, mentally incompetent, or in military service in the United States. *See* ECF No. 10, Exhibit B (Declaration of Special Agent Robert Cunniff, U.S. Department of Commerce Bureau of Industry and Security, Office of Export Enforcement).

5. To date, no claims have been filed for the Defendant Asset, and the time for doing so has expired.

6. On October 23, 2025, the Clerk of the Court entered a Default against the Defendant Asset. *See* Clerk's Default, ECF No. 11.

7. The Motion established that the Court had subject-matter and *in rem* jurisdiction over the Defendant Asset, the United States properly effectuated service of process, and that well-pleaded factual allegations of the Verified Complaint state a claim where relief may be granted.

**THEREFORE**, the United States' Motion is **GRANTED**, and it is hereby,

**ORDERED AND ADJUDGED** that:

1. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the United States and against the following property, and

against all other persons for failure to timely plead, answer, or otherwise defend ("Defendant Asset"): a Dassault Falcon 2000EX, serial number 17, currently bearing tail number YV3360.

2. The Defendant Asset is forfeited to the United States of America.

3. Any duly authorized law enforcement official may seize, take possession, and dispose of the Defendant Asset according to law.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of October 2025.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney Jorge R. Delgado (2 certified copies)